IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILLIE J. LARKINS, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>MONTGOMERY COUNTY CIRCUIT )<br>COURT and GINA J. ISHMAN, )<br>  )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:19cv281-MHT<br>(WO) |

OPINION

Plaintiff, a pro se litigant, filed this lawsuit in an effort to enforce a "private record of settlement" through what he calls a "bill in equity." Complaint (doc. no. 1) at 1. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of May, 2020.

                    /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**